5000960.001

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
------------------------------------------------------------X

CUSTOMIZED BROKERS, INC.,

        Plaintiff,

  -against-                          CASE NO.

J.P. IMPORTS, INC.,

        Defendant.

------------------------------------------------------------X

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, CUSTOMIZED BROKERS, INC., by its undersigned attorneys, as and for its Complaint against defendant J.P. IMPORTS, INC., <u>in personam</u>, in a cause of action civil and maritime, alleges upon information and belief:

### THE PARTIES

1. At all times hereinafter mentioned, plaintiff CUSTOMIZED BROKERS, INC. was and still is a corporation duly organized and existing under the laws of Florida, with offices and a place of business at 9487 Regency Square Blvd., Jacksonville, FL 32225.

2. Upon information and belief and at all times hereinafter mentioned, defendant J.P. IMPORTS, INC., was and still is a Florida corporation with offices and a place of business at 19713 Black Olive Lane, Boca Raton, FL 33498.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff is seeking to enforce rights under maritime contracts.

## VENUE

4. Venue in this case is proper. A substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

5. At all material times hereinafter mentioned defendant was a consignee of cargo owned or controlled by defendant carried aboard vessels under ocean bills of lading.

6. Between December 2010 and March 2011 plaintiff performed customs broker and related services, including advancing customs duties, in relation to the water shipments (the "Shipments") of defendant's cargo between Latin America and the mainland United States in accordance with the invoices, ocean bills of lading and related documents summarized on Exhibit 1 attached.

7. The Shipments were transported.

8. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff in relation to the Shipments.

9. Defendant has failed and refused and continues to fail and to refuse to remit payment of $7,970.38 in relation to the Shipments although duly demanded, and defendant is the responsible party to pay such charges. All credits due defendant have been applied by plaintiff.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,970.38 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. On the first cause of action for judgment in the amount of plaintiff's damages in the amount of $7,970.38, together with interest thereon from the respective dates due, costs, and disbursements.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Key Biscayne, Florida
       May 3, 2011

                                        HALLEY & HALLEY, P.A.

                                        /S/ Thomas V. Halley
By:_____
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
200 Crandon Blvd., Suite 332
Key Biscayne, FL 33149
Tel. 305 365-1237
Fax. 305 361-3354
thalley@shiplaw.net